IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>WHITNEY N. PARKS and<br>CITY OF MARION, ILLINOIS,<br>Defendants. | Case No. 18–CV–01715–JPG |

**DECREE CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

Before the Court is the Report of Sale by Bradley Maxwell, United States Marshal. (ECF No. 18). Maxwell was appointed by the Court to make sale and carry into effect the Judgment Decree and Order Directing Sale of Mortgaged Property. (ECF No. 16). Maxwell made a report of the proceedings. The Court, having duly examined it, finds that the United States Marshal has in every respect proceeded in accordance with the terms of the Judgment Decree and Order Directing Sale of Mortgaged Property; and that said sale was fairly made.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the proceedings of the sale and report of said United States Marshal be, and the same are hereby approved and confirmed.

**IT IS SO ORDERED.**

**DATED: Thursday, January 30, 2020**

                                                        s/J. Phil Gilbert
                                                        **J. PHIL GILBERT**
                                                        **United States District Judge**